IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ANIBAL MORALES,**

    **Plaintiff,**

v.                                               Case No. 4:23-cv-303-AW-MAF

**DADE CORRECTIONAL INSTITUTION,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's July 20, 2023 report and recommendation. ECF No. 5. I have also considered de novo the issues in Plaintiff's objections. ECF No. 6.

I agree with the magistrate judge, and I adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice under the three-strikes provision of 28 U.S.C. § 1915(g) because Plaintiff did not pay the filing fee when initiating this case and did not meet the imminent danger exception. It is also dismissed without prejudice as malicious because Plaintiff did not disclose his litigation history."

The clerk will close the file.

SO ORDERED on August 11, 2023.

                                              s/ *Allen Winsor*
                                              United States District Judge